1  **CUSTODIO & DUBEY, LLP**
   Robert Abiri (SBN 238681)
2  E-mail: *abiri@cd-lawyers.com*
3  445 S. Figueroa Street, Suite 2520
   Los Angeles, CA 90071
   Telephone: (213) 593-9095
4  Facsimile: (213) 785-2899

5  
6  *Attorney for Plaintiff and the Putative Classes*

7  
8  **UNITED STATES DISTRICT COURT**
   **CENTRAL DISTRICT OF CALIFORNIA**
9  **WESTERN DIVISION**

| | |
|---|---|
| ARA GABRIELIAN, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NORDIC NATURALS, INC.<br><br>Defendant. | CASE NO.: 2:22-cv-4463<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

NOTICE OF VOLUNTARY DISMISSAL

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Ara Gabrielian ("Plaintiff"), by and through his counsel of record, hereby voluntarily dismisses all his claims in the above-captioned action, without prejudice, against Nordic Naturals, Inc.

Defendant Nordic Naturals, Inc. has not filed or served an answer or a motion for summary judgment in the action. Accordingly, Plaintiff may dismiss his claims in this action against Defendant Nordic Naturals, Inc., without prejudice, under Fed. R. Civ. P. 41(a)(1)(A)(i).

**CUSTODIO & DUBEY, LLP**

DATED: August 4, 2022

By:   /s/ Robert Abiri

Robert Abiri (SBN 238681)
*E-mail:* abiri@cd-lawyers.com
445 S. Figueroa Street, Suite 2520
Los Angeles, CA 90071
Telephone: (213) 593-9095
Facsimile: (213) 785-2899

*Attorney for Plaintiff and the Putative Classes*